**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 15, 2022

**VIA ECF and Email**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Brian Aye**
       **16 Cr. 548 (PAE)**

Dear Judge Engelmayer,

    I write with the consent of the government to respectfully request that the Court reschedule Mr. Aye's conference to March 29, 2022 at noon. All parties are available at that time. The conference is currently scheduled for March 28, 2022 at 10:30 am, a date I inadvertently agreed to despite a scheduling conflict.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/

Tamara L. Giwa
Counsel for Brian Aye
Federal Defenders of New York
(917) 890-9729

**GRANTED.** The conference is rescheduled until March 29, 2022, at 12:00 p.m.
The parties are directed to inform the Probation Office of this change.
The Clerk of Court is requested to terminate the motion at Dkt. No. 35.

3/16/2022

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge